# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| TONYA JOHNSON, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 5:21-cv-00922-LCB |
| | ) |
| I.Q. DATA INTERNATIONAL, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Respectfully submitted January 8, 2023,


/s/*Stan Herring*
M. Stan Herring (asb-6468-i72s)
*Attorney for Plaintiff Tonya Johnson*
**WATTS & HERRING, LLC**
The Kress Building
301 19th St N
Birmingham, AL 35203
Phone: (205) 879-2447

s/*Stacy L. Moon*
Stacy L. Moon (asb-6468-i72s)
*Attorney for Defendant I.Q. Data International, Inc.*
**GORDON REES SCULLY MANSUKHANI, LLP**
420 North 20th Street, Suite 2200
Birmingham, AL 35203
Phone: (205) 980-8200

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing document with the Clerk of Court using the electronic filing system which will send notice to all counsel.

      This 8th day of January, 2023

                                          /s/*Stan Herring*